1476

# CASE ANNOUNCEMENTS
## *July 10, 2014*

[Cite as *07/10/2014 Case Announcements #2*, 2014-Ohio-3054.]

## MOTION AND PROCEDURAL RULINGS

**2013–0999. Disciplinary Counsel v. Deters.**
This cause came on for further consideration upon respondent's filing of a motion to supplement the record and a notice to withdraw motion to supplement the record.

Upon consideration thereof, this court orders that the motion to supplement the record is granted. Respondent's notice to withdraw motion to supplement the record is denied as moot.

**2013–0999. Disciplinary Counsel v. Deters.**
It is ordered by this court, sua sponte, that respondent, Eric Charles Deters, produce on or before 30 days from the date of this order a complete copy of all documents developed in the proceedings before the Supreme Court of Kentucky, Character and Fitness Committee, upon respondent's application for reinstatement in Supreme Court of Kentucky case Nos. 2012–SC–000666 and 2012–SC–000667. It is further ordered that respondent shall certify that he is producing all such records in his possession.

# CASE ANNOUNCEMENTS
## *July 11, 2014*

[Cite as *07/11/2014 Case Announcements*, 2014-Ohio-3051.]

## MOTION AND PROCEDURAL RULINGS

**2012–2098. In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the application of appellant/cross-appellee, FirstEnergy Solutions Corp., for dismissal of its cross-appeal, it is ordered by the court that the application for dismissal is granted. The cross-appeal of FirstEnergy Solutions Corp. is dismissed, and the case remains pending on all other appeals.